No. 1366. BAUM *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 1372. BROWN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 1374. GRANGER ET AL. *v.* CITY OF MENTOR. Ct. Common Pleas, Lake County, Ohio. Certiorari denied.

No. 1377. ROSE ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.

No. 1379. INTERNATIONAL METAL SPECIALTIES, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied.

No. 1380. MATHER CONSTRUCTION CO. ET AL. *v.* CONTINENTAL CASUALTY CO. ET AL. C. A. D. C. Cir. Certiorari denied.

No. 1382. MACLEOD *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 1384. RAYMOND *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 1385. KIRKLAND, TRUSTEE IN BANKRUPTCY *v.* PROTECTIVE COMMITTEE FOR INDEPENDENT STOCKHOLDERS OF TMT TRAILER FERRY, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 1388. MESSICK, DBA GEORGIAN HALL MOTOR LODGE, ET AL. *v.* GORDON. C. A. 4th Cir. Certiorari denied.

No. 1400. DROBNICK ET AL. (FIRST NATIONAL BANK OF WAUKEGAN, TRUSTEE) *v.* FOSS PARK DISTRICT. App. Ct. Ill., 2d Dist. Certiorari denied.